**Order filed July 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00607-CR
_____

**BRANDON RAY MORGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1419351**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of:

- State's Exhibit 50, Arson walk-through video, Part 1 and 2; walk-through audio (DVD);

- State's Exhibit 52, Arson test burn video;

- State's Exhibit 76, Defendant's statement - Part 1 (CD); and

- State's Exhibit 77, Defendant's statement - Part 2 (CD).

The clerk of the 338th District Court is directed to deliver to the Clerk of this court the original of these exhibits on or before July 13, 2015. The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of these exhibits to the clerk of the 338th District Court.


PER CURIAM